**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

CITY OF ERIE

v.

GENERAL TEAMSTERS LOCAL UNION
NO. 397 (KELLY KIRSCH),

PETITION OF: GENERAL TEAMSTERS
LOCAL UNION NO. 397

: No. 15 WAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the **Published Opinion and Order** of
: the Commonwealth Court at No. 150
: CD 2018, at 200 A.3d 1061 (Pa.
: Cmwlth. 2019) entered on January 3,
: 2019, **affirming** the Order of the Erie
: County Court of Common Pleas at No.
: No. 12001-2017 entered on January
: 19, 2018

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2019, the Petition for Allowance of Appeal is **GRANTED.** The Commonwealth Court's order is **VACATED** and this matter is **REMANDED** to the Commonwealth Court for further consideration in light of this Court's decision in *Millcreek Twp. School District v. Millcreek Twp.*, ESPA, 210 A.3d 993 (Pa. 2019).